E-FILED
Thursday, 01 August, 2019  03:57:12 PM
Clerk, U.S. District Court, ILCD

AO 106A  (08/18)  Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>**LG cell phone, SSK mobile storage device,<br>ACER laptop, Dell laptop, CyberPowerPC<br>computer with Western Digital 1TB hard drive** ∎ | )<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 19 - MJ - 6079 |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the     Central     District of     Illinois     , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

  ☑ evidence of a crime;

  ☑ contraband, fruits of crime, or other items illegally possessed;

  ☐ property designed for use, intended for use, or used in committing a crime;

  ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §2252A | Transportation, Possession, Receipt, and Distribution of Child Pornography |

The application is based on these facts:

See Affadavit

  ☑ Continued on the attached sheet.

  ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

s/Steve Smith

*Applicant's signature*

TFO, Steve Smith, HSI

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

     telephone      *(specify reliable electronic means).*

s/Jonathan E. Hawley

Date:    08/01/2019

*Judge's signature*

City and state:   Peoria, IL

Jonathan E. Hawley, United States Magistrate Judge

*Printed name and title*

## AFFIDAVIT

I, Task Force Officer Steven C. Smith, being duly sworn, hereby depose and state as follows:

1.      I am a Detective with the Washington, Illinois, Police Department and I have been employed as a police officer since 2003. I am currently assigned as a Task Force Officer (TFO) with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) in Springfield, Illinois. As part of my responsibilities as an HSI TFO, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal transportation, production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252 and 2252A. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in various forms of media including computer media. I have received training in the area of peer-to-peer trading of child pornography and child exploitation offenses. I have been the affiant for over 50 search warrants and over 100 state arrest warrants. I have also participated in the execution of numerous state and federal search warrants that were based on alleged child exploitation and/or child pornography offenses.

2.      This affidavit is made in support of a search warrant regarding the electronic items seized during the investigation of **Jeremy E. Campbell, date of birth 08/18/1988,** for violations of 18 U.S.C. §§ 2252 and 2252A, which among other things,

makes it a crime to possess, receive, distribute, and transport child pornography, which has traveled in interstate commerce via the Internet by means of a computer.

3.      I am familiar with the information contained in this Affidavit based upon the investigation I have assisted in and based on my conversations with other law enforcement officers involved in this investigation.

4.      Because this Affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation.  I have set forth only those facts that I believe are necessary to establish probable cause to believe that **Campbell** committed child pornography trafficking offenses in violation of 18 U.S.C. §§ 2252 and 2252A.  Where statements of others are set forth in this Affidavit, they are set forth in substance and in part.

5.      I respectfully submit there is probable cause to believe that violations of 18 U.S.C. §§ 2252 and 2252A, which make it a federal crime for any person to knowingly transport, receive, distribute and possess child pornography, have been committed and that evidence, fruits and instrumentalities of these offenses, as more fully described in Attachment B, are present within the seized items listed in Attachment A.

**RELEVANT STATUTES**

6.      This investigation concerns alleged violations of Title 18, U.S.C. § 2252A, which generally prohibits a person from knowingly mailing, transporting, shipping, receiving, distributing, reproducing for distribution, or possessing any child

pornography, as defined in 18 U.S.C. § 2256(8), when such child pornography was either mailed or shipped or transported in interstate or foreign commerce by any means, including by computer, or when such child pornography was produced using materials that had traveled in interstate or foreign commerce. It is also a crime to attempt to commit this offense.

7.      The National Center for Missing and Exploited Children ("NCMEC") is a national clearinghouse that gathers information about missing and exploited children for law enforcement use. NCMEC forwards all information to law enforcement agencies for investigation and disposition pursuant to its Congressional mandate to operate as a clearinghouse. NCMEC operates the CyberTipline and the Child Victim Identification Program (CVIP) to provide assistance to law enforcement in its efforts to identify victims of child pornography and child sexual exploitation.

### CYBERTIPLINE REPORT # 42305668 - Google

8.      Google, Inc. ("Google") is an electronic service provider headquartered at 1600 Amphitheatre Parkway, Mountain View, California 94043 and operates the publicly accessible website www.google.com. Since their debut, Google currently maintains a variety of online content products and services and they are ranked as one of the most frequently visited web sites in the United States. Google identifies and reports child sexual abuse imagery in accordance with federal statutory definition of child pornography as referenced in 18 U.S.C. § 2256. In October 2018, Google reported a series of cyber-tips to NCMEC regarding a Google user in Illinois who was uploading apparent child pornography to Google servers.

9.      On or about October 26, 2018, Google reported to NCMEC an incident of
Child Pornography uploaded to their servers.  Google indicated that it viewed several
files and believed it to contain child exploitative material. NCMEC generated a cyber-
tip #42305668 and notified the Illinois Attorney General's Office, which handles Internet
Crimes Against Children in the Central District of Illinois.

10.     In December 2018, the Illinois Attorney General's Office sent this
CyberTipline Report # 42305668 (CTR 42305668) to Tazewell County Detective Jake
Hibbert for investigation.

11.     Detective Hibbert reviewed CTR 42305668 and noted the following:

a.      Google reported the user with the g-mail address of
ThisistheonetrueFarken@gmail.com because the user uploaded digital files
Google believed contained child exploitative material.

b.      Google Reported the following IP Addresses for the g-mail account
for ThisistheonetrueFarken@gmail.com:

i.      98.253.180.171 (Login) at 10-23-2018 12:15:03 UTC

ii.     2601:247:300:60eb:d411:9890:1d7a:38e9 (Login) at 10-23-2018
11:37:23 UTC

iii.    98.253.180.171 (Login) at 10-23-2018 11:37:22 UTC

iv.     2601:247:300:60eb:d411:9890:1d7a:38e9 (Login) at 10-23-2018
11:09:58 UTC

v.      98.253.180.171 (Login) at 10-23-2018 11:09:57 UTC

vi.      2601:247:300:60eb:a9d1:f9cd:b157:f084 (Login) at 10-20-2018

12:14:39 UTC

vii.     98.253.180.171 (Login) at 10-19-2018 13:09:08 UTC

viii.    98.253.180.171 (Login) at 10-19-2018 13:09:07 UTC

ix.      98.253.180.171 (Login) at 10-19-2018 13:09:05 UTC

x.       98.253.180.171 (Login) at 10-19-2018 13:09:04 UTC

xi.      98.253.180.171 (Login) at 10-19-2018 13:09:03 UTC

xii.     98.253.180.171 (Login) at 10-19-2018 13:08:57 UTC

xiii.    98.253.180.171 (Login) at 10-19-2018 13:08:56 UTC

xiv.     98.253.180.171 (Login) at 10-19-2018 11:23:55 UTC

xv.      98.253.180.171 (Login) at 10-19-2018 08:11:25 UTC

xvi.     2601:247:300:60eb:f87c:5f61:2030:c067 (Login) at 10-19-2018

08:09:22 UTC

xvii.    98.253.180.171 (Login) at 10-19-2018 08:00:20 UTC

xviii.   98.253.180.171 (Login) at 10-19-2018 07:58:08 UTC

xix.     98.253.180.171 (Login) at 10-19-2018 07:57:45 UTC

xx.      98.253.180.171 (Login) at 10-19-2018 07:44:54 UTC

xxi.     98.253.180.171 (Login) at 10-19-2018 07:44:50 UTC

xxii.    98.253.180.171 (Login) at 10-19-2018 07:44:46 UTC

xxiii.   98.253.180.171 (Login) at 10-19-2018 07:44:45 UTC

xxiv.    98.253.180.171 (Login) at 10-19-2018 07:44:34 UTC

xxv.     98.253.180.171 (Login) at 10-19-2018 07:44:29 UTC

xxvi.     98.253.180.171 (Login) at 10-19-2018 07:44:27 UTC

xxvii.    98.253.180.171 (Login) at 10-17-2018 07:18:49 UTC

xxviii.   98.253.180.171 (Login) at 10-16-2018 04:37:29 UTC

xxix.     98.253.180.171 (Login) at 10-15-2018 04:52:25 UTC

xxx.      98.253.180.171 (Login) at 10-14-2018 10:48:32 UTC

xxxi.     207.179.192.82 (Login) at 10-14-2018 03:22:05 UTC

xxxii.    98.253.180.171 (Login) at 10-02-2018 16:35:04 UTC

xxxiii.   2601:247:300:60eb:ede3:8287:2607:eec8 (Login) at 10-01-2018
12:09:38 UTC

xxxiv.    2601:242:8201:dd7a:899d:73b2:27e2:1a7a (Registration) at 10-06-2017 15:23:36 UTC

c.     The secondary e-mail address of theonetruefarken@gmail.com

12.     Google also provided more than 20 digital files with CTR 42305668.  Some of the files are listed below by name, MD5 hash value and description:

a.     Google-CT-RPT-4e70e25509135251fa9d69b8a2f9fd35;

59B4E961ECAE95AB021AF9B47380886C;

This digital video file, which last approximately 2 minutes and 31 seconds, shows several scenes of people engaging in sexual acts. The first scene shows an adult performing oral sex on a female child, approximately 4-years old. The second scene shows an adult female performing oral sex on a female child, approximately 4-years old. The third scene shows an adult male inserting his erect penis into the opening of a female`s vagina. The female is approximately 4-

years old. The fourth scene shows an adult male inserting his erect penis into the

opening of a female`s vagina. The female is approximately 4-years old. The fifth

scene shows an adult male inserting his erect penis into the opening of a female`s

vagina. The female is approximately 3-years old.

      b.     Google-CT-RPT-5bc4fc7f733926cbbd25999b268c6877;

1B58B525EEBA33B3C08493C67E153E38;

This digital video file, which last approximately 3 minutes and 58 seconds,

shows an adult male engaging in sexual acts with a prepubescent female. The

male performs oral sex on the female and then engages in vaginal sex with

the female.

      c.     Google-CT-RPT-10f793125671408516f931d8c07c8bcc;

EAFC34F360B65FBF6D16CBEE891C8AC2;

This digital video file, which last approximately 3 minutes and 0 seconds,

shows a prepubescent female wearing pink pajamas. The female removes her

pajamas pants and an someone uses places a purple device against the

female`s vagina. The female`s vagina is clearly shown. Someone then

repeatedly inserts the purple device into the opening of the female`s anus.

      d.     Google-CT-RPT-14daf0dc97974d9d84081e91955d3cc7;

54C7197D75DD4D291DBB23B2EEE79DF1;

This digital video file, which last approximately 32 seconds, shows an adult

male inserting his erect penis into the opening of a female`s vagina. The

female is approximately 3-years old.

13.     Detective Hibbert reported to me that he conducted research and identified the Internet Service Providers for the above listed IP Address.

14.     Detective Hibbert reported to me that he obtained several Grand Jury Subpoenas from the Tenth Judicial Circuit Court in Tazewell County, Illinois, regarding this investigation. Below are the details regarding these subpoenas:

    a.     Comcast Cable related to:

        i.     IP address 98.253.180.171 at 10-02-2018 at 16:35:04 UTC

        ii.     IP address 98.253.180.171 at 10-23-2018 12:15:03 UTC

        iii.     IP address: 2601:247:300:60eb:d411:9890:1d7a:38e9 at 10-23-2018 11:37:23 UTC

        iv.     IP address: 2601:247:300:60eb:a9d1:f9cd:b157:f084 at 10-20-2018 12:14:39 UTC

        v.     IP address: 2601:247:300:60eb:ede3:8287:2607:eec8 at 10-01-2018 12:09:38 UTC

        vi.     IP address: 2601:242:8201:dd7a:899d:73b2:27e2:1a7a at 10-06-2017 15:23:36 UTC

    b.     In response to the subpoena, Comcast Cable reported:

        i.     IP address: 2601:242:8201:dd7a:899d:73b2:27e2:1a7a on 10-06-2017 at 15:23:36 UTC belongs to subscriber John Allen at 400 Walnut Street in Washington, Illinois 61571. The telephone number on the account is 309-208-5794.

      ii.     IP address 98.253.180.171 on 10/02/2018 at 16:35:04 UTC, IP

address 98.253.180.171 at 10-23-2018 12:15:03 UTC, IP address:

2601:247:300:60eb:d411:9890:1d7a:38e9 at 10-23-2018 11:37:23 UTC, IP

address: 2601:247:300:60eb:a9d1:f9cd:b157:f084 at 10-20-2018 12:14:39

UTC, IP address: 2601:247:300:60eb:f87c:5f61:2030:c067 at 10-19-2018

08:09:22 UTC, and IP address: 2601:247:300:60eb:ede3:8287:2607:eec8 at

10-01-2018 12:09:38 UTC belong to subscriber Madison Sprague at 312

Buena Vista Ave., apartment 6, in Pekin, Illinois. The telephone

number for this account is 309-613-2241.

    c.     MTCO Communications related to:

      i.     IP Address 207.179.192.82 on 10/14/2018 at 3:22:05 UTC

    d.     In response to the subpoena, MTCO Communications reported:

      i.     IP Address 207.179.192.82 on 10/14/2018 at 3:22:05 UTC

belongs to Stephanie Brott and Nicholas Robertson at Bernardi`s

Restaurant located at 2137 Washington Road, Washington, Illinois

61571-1957.

    e.     Google Incorporated provided several documents indicating the

following regarding the account Thisistheonetruefarken@gmail.com:

      i.     IP Address: 98.253.180.171 - Login at 12:15:03 (UTC) on

10/23/2018.

      ii.     IP Address: 2601:247:300:60eb:d411:9890:1d7a:38e9 - Login at

11:37:23 (UTC) on 10/23/2018

iii.    IP Address: 98.253.180.171 - Login at 11:37:22 (UTC) on 10/23/2018

iv.    IP Address: 2601:247:300:60eb:d411:9890:1d7a:38e9 - Login at 11:09:58 (UTC) on 10/23/2018

v.    IP Address: 98.253.180.171 - Login at 11:09:57 (UTC) on 10/23/2018

vi.    IP Address 2601:247:300:60eb:a9d1:f9cd:b157:f084 - Login at 12:14:39 (UTC) on 10/20/2018

vii.    IP Address: 98.253.180.171 - Google noted 9 consecutive logins

viii.    IP Address: 98.253.180.171 - Login at 13:09:08 (UTC) on 10/19/2018

ix.    IP Address: 2601:247:300:60eb:f87c:5F61:2030:c067 - Login at 08:09:22 (UTC) on 10/19/2018

x.    Google also indicated the user created the account at 15:23:36 (UTC) on 10/06/2017 from IP address

xi.    2601:242:8201:dd7a:899d:73b2:27e2:1a7a at 15:23:36 (UTC) on 10/06/2017.

xii.    Google account identification number is 55399294412

15.    Detective Hibbert reported to me that on 2/21/2019, Detective Hibbert obtained a search warrant from The Tenth Judicial Circuit of Illinois which commanded

the search of files, records, computers and the like owned by Google, INC. in
association with the account Thisistheonetruefarken@gmail.com

16.     Your Affiant reviewed Google's response to the search warrant obtained
by Detective Hibbert. The following is relevant items from Google's response:

a.      The zip folder, "2342166-20190308-1.zip" contained over 300 digital
files (photos and images) associated with the account. From my review of
these files, I noted the following files, listed by their name, MD5 hash value,
description and relevant data:

i.      !!!Fuck 10Yo Preteens Pussy Play Pthc 12Yo 10Yo.3gp,
1F2BE166F611B6CD184AA3AC48308462;

This digital video, which last approximately 3 minutes and 50 seconds
depicts two females, each approximately 10-years-old. The first female
is sitting between the legs of the second female. The video starts by
showing the second female sitting nude from the waist down. The
second female repeatedly inserting her fingers into the vaginal
opening. The first female then repeatedly inserts her finger into the
second female's vagina. Once the first female stops, the second female
again inserts her finger into her vagina. The video shows a different
angle. In this angle, the first female is shown performing cunnilingus
on the second girl.

a.  According the data provided by Google, the user
uploaded this digital file to Google servers on

10/22/2018 16:02:07 PST from IP Address

2601:247:300:60eb:b488:2be3:6cd8:e14a.

    ii.      VID-20150403-WA0498.3gp,

C130E7E9D5DE84E70366CD57F32025FC;

This digital video file, while last approximately 1 minute and 51

seconds, depicts an adult male repeatedly inserting his erect penis into

the opening of a female's vagina.  The female is approximately 5 years

old. The female child is crying while the man inserts his penis into her.

        a.  According the data provided by Google, the user

            uploaded this digital file to Google servers on

            10/22/2018 15:58:40 PST from IP Address

            2601:247:300:60eb:b488:2be3:6cd8:e14a.

    iii.      mg26.3gp; 210F5286757486229D2E1385E5587EA3;

This digital video file, which last 1 minute and 41 seconds, depicts a

female, approximately 7-years-old, lying on her back.  The female is

shown with her right hand sliding back-and-forth an on adult male's

erect penis.  The male then is shown masturbating and finally

ejaculating on the female's bare chest.

        a.  According the data provided by Google, the user

            uploaded this digital file to Google servers on

            10/22/2018 22:26:44 PST from IP Address

            2601:247:300:60eb:d411:9890:1d7a:38e9.

iv.     tumblr_pf7vkuG5rJ1w9llbh_540.gif;

BFF549E78D6C9100047DB3382999677E;

This digital file, which last less than five seconds but plays in a loop,

depicts an adult male inserting his erect penis into the anus of a

prepubescent female.

     a. According the data provided by Google, the user

     uploaded this digital file to Google servers on

     10/23/2018 04:09:06 PST from IP Address

     2601:247:300:60eb:d411:9890:1d7a:38e9.

v.      mu.mp4; BDB0B4BA0FE41EB0D7E98D760BFB8448;

This video file, which last approximately 1 minute and 35 seconds,

depicts a prepubescent female trying to insert a device into her vagina.

The female depicted is approximately 10-years-old.  Another person's

hand enters the video and takes possession of the device from the

female.  The hand is shown repeatedly inserting the device into the

female's anus.

     a. According the data provided by Google, the user

     uploaded this digital file to Google servers on

     10/22/2018 15:58:40 PST from IP Address

     2601:247:300:60eb:b488:2be3:6cd8:e14a.

vi.     tumblr_pfqzt23kiD1uufb2z.mp4;

ED830A305FD63A302B3EBD68A2612A92;

This video file, which last approximately 3 minutes, depicts a female, approximately 10-years old. The female is shown wearing a pink outfit. The female pulls her pants down past her knees. The female is not wearing any underwear and her vagina is shown. The video shows someone rubbing a black-in-color against the female's vagina. The video then shows the female holding the device and placing it against her vagina. The female then repositions her body and someone inserts the device into the female's anus.

    a. According the data provided by Google, the user uploaded this digital file to Google servers on 10/23/2018 17:30:36 PST from IP Address 207.179.192.82.

vii.    KIMG0003.jpg; 57A58F4C3D03410969191530D70F1AA4

This digital image depicts Jeremy E. Campbell wearing sunglasses and a hat. In an interview conducted with Campbell on 7/25/2019, Campbell acknowledged that he is the male depicted in this image.

    a. According the data provided by Google, the user uploaded this digital file to Google servers on 10/24/2018 15:33:23 PST from IP Address 207.179.192.82.

b.      The zip folder, "2342166-20190308-1.zip" also contains several

images known as hentia, which is a graphic drawing. Many of these hentia

related files depict children engaging in sexual conduct.

c.      The zip folder, "2342166-20190308-2.zip" contained several folders.

These folders contained photos and images associated with the account.

From my review of these files, I noted the following files, listed by their

name, MD5 hash value, description and relevant data:

i.      VID-20150419-WA0101.mp4;

10580E00CF7419A4A77338F908675E42;

This digital video files, which last approximately two minutes and 18

seconds, contains several scenes.  The first scene depicts a female,

approximately 6-years-old.  The female is wearing a red shirt and no

pants or underwear.  The female is shown using masturbating by

rubbing her fingers against her vagina. The second scene a female, of

unknown age, performing oral sex with a male.  The third scene

depicts an adult male placing his erect penis against the face of a

female, approximately 7-years-old.  The male ejaculates in the female's

male.  The fourth scene depicts a female of unknown age dancing

topless.  At approximately 1 minute and 16-seconds into the video, an

adult male is shown inserting his erect penis into a prepubescent

female's vagina.  Another scene shows a female, approximately 10-

years old performing oral sex on a male.

   a. According the data provided by Google, the user

      uploaded this digital file to Google servers on

      10/23/2018 00:37:25 PST from IP Address

      2601:247:300:60eb:d411:9890:1d7a:38e9.

   ii.   VID-20150425-WA0011.mp4;

001EE85EBA2A5BC2BCA757FF82E04ACF;

This digital video, which last approximately 2 minutes and 27 seconds,

depicts an Asian female, approximately 7-years-old performing oral

sex on an adult male.  The scene changes and depicts an adult male

inserting his erect penis in the vagina of an Asian female,

approximately 7-years old.

   a. According the data provided by Google, the user

      uploaded this digital file to Google servers on

      10/23/2018 00:28:25 PST from IP Address

      2601:247:300:60eb:d411:9890:1d7a:38e9.

   iii.   433ab5e1-0f5d-43ca-895f-3d31987ab481.mp4;

36B5398C2B06C422527F8BF435E0CF01;

This video file, which last approximately 1 minute and 48 seconds,

depicts a prepubescent female on a bed.  The female is completely

nude.  An adult female enters the scene and performs cunnilingus

on the prepubescent female.  The prepubescent female's vagina is

the focal point of the camera.  In the video, the adult female asked

the child if she likes mommy to lick it.

   a.  According the data provided by Google, the user

       uploaded this digital file to Google servers on

       10/22/2018 15:58:35 PST from IP Address

       2601:247:300:60eb:b488:2be3:6cd8:e14a.

   iv.    1391950_638392846212725_1321287501_n.jpg;

   BB0FF75BA3550CF6407AA17C075A7C93;

   This digital image depicts a young male's face.  In an interview

   conducted with Campbell on 7/25/2019, Campbell acknowledged

   that he is the child depicted in this image.

   a.  According the data provided by Google, the user

       uploaded this digital file to Google servers on

       10/23/2018 04:07:35 PST from IP Address

       2601:247:300:60eb:d411:9890:1d7a:38e9.

   v.   tumblr_pf340xSgqd1xg76ss.mp4;

   451585ECB6DFAEF3971954093EF8A3D1;

   This digital video file, which last approximately 2 minutes, depicts

   several scenes in which adults are engaging in sexual acts with

   children.  Specifically, at the 44 second mark, the video depicts an

   adult male inserting his erect penis into a prepubescent female's anus.

      a.  According the data provided by Google, the user

           uploaded this digital file to Google servers on

           10/24/2018 19:15:06 PST from IP Address

           207.179.192.82.

d.     The zip folder, "2342166-20190308-3.zip" contained several folders.

These folders contained e-mails, search history, location history and other

account information.  From my review of these files, I noted the following

     i.     The device associated with this account is a Kyocera C6730

     ii.     The mBox file (which is the content of the e-mail for the

account, shows an e-mail dated 12/27/2017 at 23:06 hours to

indsey.vogt@teamhgs.com. The body of the e-mail is as follows, "Hey

Lindsey it`s me Jeremy Campbell. I was wondering if you could send

me my schedule for the next few days. I can`t remember exactly when

I`m supposed to be in and the holiday days are screwing with me.

Thanks a bunch! -Jeremy Campbell #54580."

     iii.     Another e-mail from TWITCH.com indicated the user,

Jeremy Campbell, paid $3.99 for a subscription on 12/29/2017. The

invoice number.

     iv.     Another e-mail dated, 1/11/2018 reflects the user opened a

cloud storage account with Mega Sync is 19638396.

     v.     Another e-mail dated, 1/13/2018 reflects the user purchased

a wifi on demand pass from Comcast Xfinity.

vi.      Another e-mail dated, 1/17/2018 reflects this user applied
for a job at Rosati`s Pizza in Pekin, Illinois. The body of the e-mail is as
follows, "For your records: Your Message: "I have over 10 years of food
industry experience 2 of which were in Little Caesar`s establishments. I
enjoy working in the kitchen with my co-workers as well as in the
dining room taking care of my guests." Name: Jeremy Email:
thisistheonetruefarken@gmail.com Phone Number: 3096132241"

vii.     Another e-mail dated, 1/20/2018 reflects this user applied
for a job at Steak n Shake. The e-mail body is as follows, "For your
records: Your Message: Name: Jeremy Campbell Email:
thisistheonetruefarken@gmail.com Phone Number: 3096132241
Questions: Street 312 Buena Vista Street 2 City Pekin Country/State
United States Illinois Zip/Postal Code 61554.

viii.    Another e-mail dated 5/15/2018 from Google indicates
someone used this Google account on a Windows device.

ix.      Another e-mail dated 5/4/2018 from Tumblr verifying the e-
mail address.

x.       Another e-mail dated 6/3/2018 from Google indicates
someone used this Google account on a Windows device.

xi.      Another e-mail dated 10/1/2018 from Dropbox indicates
someone an Android Device signed into the Dropbox account
associated with this e-mail.

xii.    The file, thisistheonetruefarken@gmail.com-Search.txt shows the search history for the account. I reviewed the data contained in this document and noted the following:

a. 2018-10-20 17:33:41 UTC: Searched for mp3 converter
   (https://www.google.com/search?q=mp3+converter)

b. 2018-10-18 21:02:41 UTC: Searched for S 12th St, Pekin, IL 61554
   (https://www.google.com/maps/search/S+12th+St,+Pekin,+IL+61554/@40.5600923,-89.6341552,17z/data=!3m1!4b1)

c. 2018-10-15 18:11:04 UTC: Searched for 214 Jane St, Pekin, IL 61554
   (https://www.google.com/maps/search/214+Jane+St,+Pekin,+IL+61554/@40.5768857,-89.6466761,17z/data=!3m1!4b1)

d. 2018-09-30 16:19:59 UTC: Searched for lolicon
   (https://www.google.com/search?q=lolicon&tbm=isch)

e. 2018-09-30 13:05:58 UTC: Searched for toddlercon
   (https://www.google.com/search?q=toddlercon)

f.  2018-09-30 11:33:57 UTC: Searched for baby j model
    (https://www.google.com/search?q=baby+j+model&tb
    m=isch)

g.  2018-09-30 11:33:45 UTC: Searched for baby j model
    (https://www.google.com/search?q=baby+j+model)

h.  2018-09-30 11:33:34 UTC: Searched for baby j producer
    (https://www.google.com/search?q=baby+j+producer)

i.  2018-09-30 11:33:27 UTC: Visited
    http://www.newskoolrules.com/portfolio/baby-j-uk/
    (http://www.newskoolrules.com/portfolio/baby-j-
    uk/)

j.  2018-09-30 11:33:10 UTC: Searched for who is baby j
    (https://www.google.com/search?q=who+is+baby+j)

k.  2018-09-30 05:51:26 UTC: Searched for Justyna Neryng
    (https://www.google.com/search?q=Justyna+Neryng&
    tbm=isch)

l.  2018-09-21 13:54:49 UTC: Searched for how to draw
    cartoon faces for beginners
    (https://www.google.com/search?q=how+to+draw+ca
    rtoon+faces+for+beginners)

m.  2018-09-21 13:53:50 UTC: Searched for how to draw
    cartoon faces for beginners

(https://www.google.com/search?q=how+to+draw+ca

rtoon+faces+for+beginners)

n.  2018-09-21 13:52:29 UTC: Searched for how to cartoon

(https://www.google.com/search?q=how+to+cartoon)

o.  2018-09-21 04:53:05 UTC: Visited

http://thot.banki.hu/deepspam/dataset/vocab.txt

(http://thot.banki.hu/deepspam/dataset/vocab.txt)

p.  2018-09-21 04:52:46 UTC: Searched for jennifer vetne

baby j pedophile

(https://www.google.com/search?q=jennifer+vetne+ba

by+j+pedophile)

q.  2018-09-21 04:52:31 UTC: Searched for jennifer vetne

baby j

(https://www.google.com/search?q=jennifer+vetne+ba

by+j)

r.  2018-09-21 04:52:06 UTC: Searched for what did joseline

say on instagram

(https://www.google.com/search?q=what+did+joselin

e+say+on+instagram)

s.  2018-09-21 04:51:21 UTC: Visited

http://www.illawarramercury.com.au/story/4064256/

i-own-you-couple-molested-their-own-child-for-years/

(http://www.illawarramercury.com.au/story/4064256
/i-own-you-couple-molested-their-own-child-for-
years/)

t. 2018-09-21 04:51:10 UTC: Searched for who is baby j and
her molester
(https://www.google.com/search?q=who+is+baby+j+a
nd+her+molester)

u. 2018-09-21 04:51:05 UTC: Searched for who is baby j and
her molester
(https://www.google.com/search?q=who+is+baby+j+a
nd+her+molester&tbm=vid)

v. 2018-09-21 04:51:03 UTC: Searched for who is baby j and
her molest err
(https://www.google.com/search?q=who+is+baby+j+a
nd+her+molest+err&tbm=vid)

w. 2018-09-21 04:50:28 UTC: Searched for who is baby j
(https://www.google.com/search?q=who+is+baby+j&t
bm=vid)

x. 2018-09-21 04:50:19 UTC: Searched for who is baby j
pedophile
(https://www.google.com/search?q=who+is+baby+j+p
edophile&tbm=isch)

y.  2018-09-21 04:49:30 UTC: Searched for who is baby j
    pedophile
    (https://www.google.com/search?q=who+is+baby+j+p
    edophile)

z.  2018-09-21 04:40:03 UTC: Searched for dickbutt
    (https://www.google.com/search?q=dickbutt)

aa. 2018-09-21 04:02:53 UTC: Searched for dickbutt
    (https://www.google.com/search?q=dickbutt&tbm=isc
    h)

bb. 2018-09-21 04:02:45 UTC: Searched for dickbutt
    (https://www.google.com/search?q=dickbutt)

cc. 2018-09-21 04:01:30 UTC: Viewed image from images-
    na.ssl-images-amazon.com (https://images-na.ssl-
    images-amazon.com/images/I/41q1QAln%2BQL.jpg)

dd. 2018-09-21 04:01:03 UTC: Searched for dickbutt
    (https://www.google.com/search?q=dickbutt&tbm=isc
    h)

ee. 2018-09-21 04:00:54 UTC: Searched for dickbutt
    (https://www.google.com/search?q=dickbutt)

ff. 2018-09-21 01:25:17 UTC: Searched for different ways to
    draw noses

(https://www.google.com/search?q=different+ways+t
o+draw+noses&tbm=vid)

gg. 2018-09-21 01:25:05 UTC: Searched for different ways to
draw noses

(https://www.google.com/search?q=different+ways+t
o+draw+noses&tbm=vid)

hh. 2018-09-21 01:24:30 UTC: Searched for different ways to
draw noses

(https://www.google.com/search?q=different+ways+t
o+draw+noses)

ii.  2018-09-21 01:23:48 UTC: Searched for draw cute nose
(https://www.google.com/search?q=draw+cute+nose)

jj.  2018-09-16 13:33:37 UTC: Searched for rosita hentai
(https://www.google.com/search?q=rosita+hentai)

kk. 2018-09-16 13:33:37 UTC: Searched for rosita hentai
(https://www.google.com/search?q=rosita+hentai)

ll.  2018-09-16 13:33:36 UTC: Searched for rosita hentai sing
(https://www.google.com/search?q=rosita+hentai+sin
g&tbm=isch)

mm.  2018-09-16 13:33:36 UTC: Searched for rosita hentai
(https://www.google.com/search?q=rosita+hentai&tb
m=isch)

nn. 2018-09-16 13:33:35 UTC: Searched for rosita hentai sing
(https://www.google.com/search?q=rosita+hentai+sin
g)

oo. 2018-09-15 05:43:01 UTC: Searched for utas animated
(https://www.google.com/search?q=utas+animated&t
bm=isch)

pp. 2018-09-15 05:42:44 UTC: Searched for utas animated
(https://www.google.com/search?q=utas+animated&t
bm=isch)

qq. 2018-09-15 05:41:45 UTC: Searched for utas animated
(https://www.google.com/search?q=utas+animated&t
bm=isch)

rr. 2018-09-15 03:35:41 UTC: Searched for tumblr video
downloader app
(https://www.google.com/search?q=tumblr+video+do
wnloader+app)

ss. 2018-09-15 03:34:00 UTC: Searched for tumblr video
downloader app
(https://www.google.com/search?q=tumblr+video+do
wnloader+app)

tt. 2018-09-15 03:33:30 UTC: Searched for tumblr
(https://www.google.com/search?q=tumblr)

uu. 2018-09-15 03:33:21 UTC: Searched for tumbler

(https://www.google.com/search?q=tumbler)

vv. 2018-02-10 16:27:26 UTC: Searched for japanese

daughter hard fuck

(https://www.google.com/search?q=japanese+daughte

r+hard+fuck&tbm=vid)

ww.   2018-02-10 16:27:02 UTC: Searched for japanese

daughter hard fuck

(https://www.google.com/search?q=japanese+daughte

r+hard+fuck&tbm=vid)

xx. 2018-02-10 16:26:52 UTC: Searched for japanese

daughter hard fuck

(https://www.google.com/search?q=japanese+daughte

r+hard+fuck&tbm=vid)

yy. 2018-02-10 16:26:36 UTC: Searched for japanese

daughter hard fuck

(https://www.google.com/search?q=japanese+daughte

r+hard+fuck&tbm=vid)

zz. 2018-02-10 16:26:06 UTC: Searched for japanese

daughter hard fuck

(https://www.google.com/search?q=japanese+daughte

r+hard+fuck&tbm=vid)

aaa.   2018-02-10 16:25:21 UTC: Searched for japanese

daughter hard fuck

(https://www.google.com/search?q=japanese+daughte

r+hard+fuck&tbm=vid)

bbb.   2018-02-10 16:24:09 UTC: Visited

https://www.xvideos.com/video2132896/japanese_da

ughter_anal_pounded_hard

(https://www.xvideos.com/video2132896/japanese_da

ughter_anal_pounded_hard)

ccc.   2018-02-10 16:06:03 UTC: Searched for asian schoolgirl

hard anal

(https://www.google.com/search?q=asian+schoolgirl+

hard+anal&tbm=vid)

ddd.   2018-02-10 16:05:58 UTC: Searched for asian schoolgirl

hard anal

(https://www.google.com/search?q=asian+schoolgirl+

hard+anal&tbm=vid)

eee.   2018-02-10 16:05:40 UTC: Searched for asian schoolgirl

hard anal

(https://www.google.com/search?q=asian+schoolgirl+

hard+anal&tbm=nws)

fff. 2018-02-09 23:06:20 UTC: Visited

https://y2mate.com/youtube-to-mp3

(https://y2mate.com/youtube-to-mp3)

ggg. 2018-02-09 23:06:20 UTC: Visited

https://www.mp3converter.net/

(https://www.mp3converter.net/)

hhh. 2018-02-09 23:06:20 UTC: Visited

http://2conv.com/yt-mp3/ (http://2conv.com/yt-
mp3/)

iii. 2018-02-09 23:00:37 UTC: Visited http://www.flvto.biz/
(http://www.flvto.biz/)

jjj. 2018-02-09 23:00:32 UTC: Searched for mp3 converter

(https://www.google.com/search?q=mp3+converter)

**CONNECTING JEREMY E. CAMPBELL TO THE GOOGLE ACCOUNT**

17.     Detective Hibbert told Your Affiant that he conducted research regarding

Jeremy E. Campbell and discovered the following:

a.     Pekin Police Report (18-04556), which indicated Pekin Police

responded 312 Buena Vista (Apartment 6) because of a domestic battery

incident involving Madison Sprague and Jeremy E. Campbell (DOB: August

18, 1988). This incident occurred on November 6, 2018. The report indicated

Jeremy E. Campbell is the live-in boyfriend of Madison, and they have a 4-year old daughter, and have been together for six-years. (Several of the IP Address associated with the CTR 42305668 resolve back to 312 Buena Vista (Apartment 6), Pekin, Illinois.

  b.  Many of the Tazewell County law enforcement agencies use the same Record Management System (RMS). According to RMS, Campbell works at Bernardi's Restaurant in Washington, Illinois. (One of the IP Address associated with the CTR 42305668 resolve back to Bernardi's Restaurant in Washington, Illinois.

  c.  A few of the digital files sent by Google are digital files depicting Campbell and his daughter.

### INTERVIEW WITH JEREMEY E. CAMPBELL

  18.  Your Affiant learned from another police officer that the East Peoria Police Department (EPPD) made contact with Campbell on or about 7/24/2019 regarding a separate investigation.

  19.  Your Affiant spoke with an EPPD Detective about wanting to speak with Campbell. The EPPD Detective contacted Campbell's current girlfriend who stated Campbell is at a family members house in Creve Coeur.

  20.  The EPPD Detective told your Affiant that Campbell told him that he has a computer at 300 Starr, in Washington, Illinois.

21.     Your Affiant and other officers went to 701 Fischer Road (Lot 453) and made contact with Campbell.  Campbell agreed to go with officer to the Tazewell County Sheriff's Office (TCSO) to participate in an interview.

22.     Before the interview, I informed Campbell that uses audio and video recording software and that our words are recorded.

23.     Homeland Security Special Agent Eric Bowers and I met with Campbell in an interview room located at TCSO.

24.     I presented Campbell with a Miranda Waiver and I read it to him. Campbell signed the Miranda Waiver.

25.     During the interview with Campbell, he acknowledged creating and using the g-mail account of Thisistheonetruefarken@gmail.com.  Campbell stated he created the account in 2016 to check his Indeed.com e-mails.

26.     Campbell stated Google deleted this account because of a violation of rights. Campbell did not know the specifics as to why Google closed the account.

27.     Campbell acknowledged working at Bernardi's Restaurant in Washington and living with Madison Sprague at 312 Buena Vista (Apartment 6), Pekin, Illinois. This is associated to several of the IP Addresses.

28.     Campbell acknowledged receiving e-mails regarding job openings related to Indeed.

29.     Campbell initially denied having a Tumblr account but later in the interview acknowledged having one.

30.     Campbell acknowledged using a Kyocera cell phone in the past, but it threw it out when it broke.

31.     Campbell acknowledged creating a Mega account on his previous phone.

32.     Campbell acknowledged receiving hentia and anime material depicting children engaging in sexual acts.  Campbell stated he received these files through the e-mail but deleted them.  Campbell denied saving these files to the Google account.

33.     Campbell stated he did receive other types of pornography but did not receive any child pornography.

34.     Campbell denied any knowledge of child pornography including possessing it, downloading it, researching it or making it.

35.     Your Affiant showed Campbell the search history for the Google account. Campbell acknowledge searching for most of the items but denied searching for any material related to child pornography, including searching for Baby J, which is a known child pornography series to your Affiant.

36.     While explaining to Campbell about typical behavior of those interested in child pornography, Campbell stated, "I've read up on it.  It is a porn addiction."

37.     Campbell denied having access to any computers.  He later stated he did have access to one computer at his current girlfriend's home.

38.     On July 26, 2019, your Affiant obtained a federal arrest warrant for Campbell from the United States District Court for the Central District of Illinois charging Campbell with the aforementioned charges.

39.     Also, on July 26, 2019, your Affiant and WPD Detective Steve Hinken drove to the Tazewell County Justice Center and took Campbell into custody. Your Affiant advised Campbell of the federal charges and again advised him of his Miranda Rights.

40.     After interviewing Campbell, Special Agent Bowers and I met with Campbell's current girlfriend, Melinda Alexander, at her home at 300 Starr in Washington. Melinda stated Campbell has his own computer, which is a tower-style computer. Melinda stated she took Campbell and his computer to Creve Coeur on 7/24/2019. Melinda also stated that Campbell may have used her Acer laptop due to it having an unknown password on the computer. Melinda provided this laptop to law enforcement and consented to a search.

41.     SA Bowers and I went to 701 Fischer (Lot 453) and met with Campbell's family member, Shannon Dove. Shannon granted us permission to enter her home.

42.     Shannon stated Campbell has his tower-based computer and a Dell laptop. Shannon stated Campbell used the laptop for several months, but it belongs to her. Shannon granted officers permission to search this laptop computer.

43.     Melinda and Shannon gave us the Dell laptop, an LG cell phone and a tower-based computer. Shannon also on her own gave us an orange book bag that belonged to Campbell. This bag was left in a common area used for storage and Shannon granted permission for officers to search it. Your affiant completed the search of the book bag in the presence of Shannon and located a gray digital storage device containing the letters SSK imprinted on the side.

44.     These electronic items came from an area in the home that Shannon described as an area Campbell kept his items.  Shannon stated she has access to this area and control of the home.

MORE INFORMATION

45.     On July 26, 2019, your Affiant obtained a federal arrest warrant for Campbell from the United States District Court for the Central District of Illinois charging Campbell with the aforementioned charges.

46.     Also, on July 26, 2019, your Affiant and WPD Detective Steve Hinken drove to the Tazewell County Justice Center and took Campbell into custody. Your Affiant advised Campbell of the federal charges and again advised him of his Miranda Rights.

47.     During the drive to the federal courthouse, your Affiant and Campbell discussed this case in the presence of Detective Hinken.  Your Affiant informed Campbell that Melinda and Shannon gave us his computers.

48.     Campbell stated he did not consider the tower-based computer his because he intended to give it to either Melinda or Shannon in the next few days. Campbell explained that is why he took the computer from Melinda's to Shannon's.

49.     Campbell stated that none of the computers contained any child pornography.  Your Affiant reminded Campbell that he initially granted permission for law enforcement to search his electronic items for child pornography.  Your Affiant asked Campbell if he would grant permission to search the tower-based computer.

50.     Campbell stated he would not consent to law enforcement searching the tower computer.  Campbell stated he has already allowed law enforcement to search his cell phone and that is enough.

51.     Your Affiant asked Campbell if the tower-based computer contained encryption.  Campbell stated it did.

52.     Your Affiant conducted a preliminary search of Campbell's LG cell phone and did not locate any material related to this case.

53.     In Google response to Detective Hibbert's search warrant, Google provided information that stated that the Google account associated with the child pornography was accessed by a user on both an android device and a device using the Windows operating system, i.e. a laptop or tower based PC.

### COMPUTERS AND CHILD PORNOGRAPHY

54.     The information contained in this section is based upon my knowledge, training, and experience in child exploitation and child pornography investigations, and the experience and training of other law enforcement officers with whom I have had discussions.

55.     Computers and computer technology have revolutionized the way in which child pornography is produced, distributed and utilized.  Prior to the advent of computers and the Internet, child pornography was produced using cameras and film, resulting in either still photographs or movies.  The photographs required darkroom facilities and a significant amount of skill in order to develop and reproduce the images.

As a result, there were definable costs involved with the production of pornographic images.  To distribute these images on any scale also required significant resources.  The photographs themselves were somewhat bulky and required secure storage to prevent their exposure to the public.  The distribution of these wares was accomplished through a combination of personal contacts, mailings, and telephone calls, and compensation for these wares would follow the same paths.  More recently, through the use of computers and the Internet, distributors of child pornography use membership-based/ subscription-based Web sites to conduct business, allowing them to remain relatively anonymous.

56.     The development of computers has also revolutionized the way in which child pornography collectors interact with, and sexually exploit, children.  Computers serve four basic functions in connection with child pornography: production, communication, distribution, and storage. The development of computers has changed the methods used by child pornography collectors in the following ways:

a.     Producers of child pornography can now produce both still and moving images directly from a common video or digital camera.  The camera is attached, using a device such as a cable, or digital images are often uploaded from the camera's memory card, directly to the computer.  Images can then be stored, manipulated, transferred, or printed directly from the computer.  Images can be edited in ways similar to how a photograph may be altered.  Images can be lightened, darkened, cropped, or otherwise manipulated.  The producers of child pornography can also use a device known as a scanner to transfer

photographs into a computer-readable format.  As a result of this technology, it is relatively inexpensive and technically easy to produce, store, and distribute child pornography.  In addition, there is an added benefit to the pornographer in that this method of production does not leave as large a trail for law enforcement to follow.

b.      The Internet allows any computer to connect to another computer. By connecting to a host computer, electronic contact can be made to literally millions of computers around the world.  A host computer is one that is attached to a network and serves many users.  Host computers are sometimes operated by commercial ISPs, such as Comcast Communications and Mediacom, which allow subscribers connect to a network which is, in turn, connected to the host systems. Host computers, including ISPs, allow e-mail service between subscribers and sometimes between their own subscribers and those of other networks.  In addition, these service providers act as a gateway for their subscribers to the Internet or the World Wide Web.

c.      The Internet allows users, while still maintaining anonymity, to easily locate (i) other individuals with similar interests in child pornography; and (ii) Web sites that offer images of child pornography.  Child pornography collectors can use standard Internet connections, such as those provided by businesses, universities, and government agencies, to communicate with each other and to distribute child pornography.  These communication links allow

contacts around the world as easily as calling next door. Additionally, these communications can be quick, relatively secure, and as anonymous as desired. All of these advantages, which promote anonymity for both the distributor and recipient, are well known and are the foundation of transactions between child pornography collectors over the Internet. Sometimes the only way to identify both parties and verify the transportation of child pornography over the Internet is to examine the recipient's computer, including the Internet history and cache to look for "footprints" of the Web sites and images accessed by the recipient.

d.      The computer's capability to store images in digital form makes it an ideal repository for child pornography. A single computer media disk can store thousands of images. The size of the electronic storage media (commonly referred to as a hard drive) used in home computers has grown tremendously within the last several years. Hard drives with the capacity of 2 terabytes are not uncommon. These drives can store hundreds of thousands of images at very high resolution. Magnetic storage located in host computers adds another dimension to the equation. It is possible to use a video camera to capture an image, process that image in a computer with a video capture board, and save that image to storage in another country. Once this is done, there is no readily apparent evidence at the "scene of the crime". Only with careful laboratory examination of electronic storage devices is it possible to recreate the evidence trail.

57.     Based upon my own knowledge, experience, and training in child exploitation and child pornography investigations, and the training and experience of other law enforcement officers with whom I have had discussions, there are certain characteristics common to individuals involved in the receipt and collection of child pornography:

a.      Child pornography collectors may receive sexual gratification, stimulation, and satisfaction from contact with children; or from fantasies they may have viewing children engaged in sexual activity or in sexually suggestive poses, such as in person, in photographs, or other visual media; or from literature describing such activity.

b.      Collectors of child pornography may collect sexually explicit or suggestive materials, in a variety of media, including photographs, magazines, motion pictures, videotapes, books, slides and/or drawings or other visual media.  Child pornography collectors oftentimes use these materials for their own sexual arousal and gratification.  Further, they may use these materials to lower the inhibitions of children they are attempting to seduce, to arouse the selected child partner, or to demonstrate the desired sexual acts.

c.      Collectors of child pornography almost always possess and maintain their "hard copies" of child pornographic material, that is, their pictures, films, video tapes, magazines, negatives, photographs, correspondence, mailing lists, books, tape recordings, etc., in the privacy and security of their home or some other secure location.  Child pornography collectors typically

retain pictures, films, photographs, negatives, magazines, correspondence, books, tape recordings, mailing lists, child erotica, and videotapes for many years.

d.      Likewise, collectors of child pornography often maintain their collections that are in a digital or electronic format in a safe, secure and private environment, such as a computer and surrounding area.  These collections are often maintained for several years and are kept close by, usually at the collector's residence, to enable the collector to view the collection, which is valued highly.

e.      Child pornography collectors also may correspond with and/or meet others to share information and materials; rarely destroy correspondence from other child pornography distributors/collectors; conceal such correspondence as they do their sexually explicit material; and often maintain lists of names, addresses, and telephone numbers of individuals with whom they have been in contact and who share the same interests in child pornography.

f.      Collectors of child pornography prefer continuous access to their collection of child pornography. This behavior has been documented by law enforcement officers involved in the investigation of child pornography throughout the world.

## CONCLUSION

58.     Based on the aforementioned factual information, your affiant respectfully submits that there is probable cause to believe that the violations of federal law mentioned in this Affidavit have been committed and that evidence, fruits and

instrumentalities of these offenses, as more fully described in Attachment B, are present within the seized items listed in Attachment A.

      THERE ARE NO FURTHER STATEMENTS.


                      s/Steve Smith


                      _____

                      Steven C. Smith
                      Task Force Officer
                      Department of Homeland Security
                      Homeland Security Investigations


Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone this 1st Day of August 2019, in Peoria, Illinois.
  s/Jonathan E. Hawley

Jonathan E. Hawley
United States Magistrate Judge

**ATTACHMENT A**

**ITEMS TO BE SEARCHED WHICH ARE CURRENTLY IN POSSESSION OF THE
DEPARTMENT OF HOMELAND SECURITY**

1. LG model LGL158VL cell phone

2. SSK mobile storage device

3. ACER laptop computer P1VE6

4. Dell laptop computer Inspiron N5040

5. CyberPowerPC computer tower that contains a Western Digital 1tb hard drive.

6. The Western Digital 1tb hard drive inside the CyberPowerPC computer tower.

## ATTACHMENT B
## ITEMS TO BE SEARCHED FOR AND SEIZED

1.      Images of child pornography and files containing images of child pornography in any form wherever they may be stored or found.

2.      Any and all notes, documents, records, or correspondence pertaining to child pornography as defined under Title 18, United States Code, § 2256(8).

3.      Any and all diaries, address books, names, and lists of names and addresses of individuals who may have been contacted by use of the computer and/or for the purpose of distributing child pornography.

4.      Any and all correspondence identifying persons transmitting, through interstate commerce or by computer, any visual depictions of minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, § 2256(2).

5.      Any and all records, documents, invoices and materials that concern any accounts with any Internet Service Provider.

6.      Any and all visual depictions of minors.

7.      Any and all address books, mailing lists, supplier lists, mailing address labels, and any and all documents and records pertaining to the preparation, purchase, and acquisition of names or lists of names to be used in connection with the purchase, sale, trade, or transmission, through interstate commerce or by computer, and visual

depiction of minors engaged in sexually explicit conduct, as defined in Title 18, United
States Code, § 2256(2).

8.     Any and all address books, names, and lists of names and addresses of
minors visually depicted while engaged in sexually explicit conduct, as defined in Title
18, United States Code, § 2256(2).

9.     Any and all documents, records, or correspondence pertaining to use of
items in Attachment A.

10.    Any and all data within cell phones, tablets, or mobile device, including
and the content, data and information contained in any storage media, such as SD cards
and Micro SD cards and the like.

11.    Any and all diaries, notebooks, notes, and any other records reflecting
personal contact and any other activities with minors visually depicted while engaged
in sexually explicit conduct, as defined in Title 18, United States Code, § 2256(2). Any of
the items described in the above paragraphs which are stored in the form of magnetic or
electronic coding on computer media or on media capable of being read by a computer
with the aid of computer-related equipment, including floppy diskettes, fixed hard
disks, or removable hard disk cartridges, software or memory in any form.